No. 86–6326.   BROOKS *v.* ZENT ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–6350.   HULL *v.* CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY.   C. A. 9th Cir.   Certiorari denied.

No. 86–6364.   STICKLES *v.* VETERANS ADMINISTRATION. C. A. Fed. Cir.   Certiorari denied.

No. 86–6375.   HARRIS *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6381.   PITTS *v.* RICHARDS, SUPERINTENDENT, ROCKVILLE TRAINING CENTER.   C. A. 7th Cir.   Certiorari denied.

No. 86–6421.   BERRY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–6473.   RAMIREZ *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 86–6537.   MINER *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 86–6545.   WORKMAN *v.* PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 86–6549.   JAMES *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.   Certiorari denied.

No. 86–6562.   MCDONALD *v.* METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE.   Chan. Ct. Tenn., Davidson County.   Certiorari denied.

No. 86–6563.   PENDER *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6567.   MAY *v.* WARNER AMEX CABLE COMMUNICATIONS, INC.   C. A. 6th Cir.   Certiorari denied.